IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ASSOCIATION CASUALTY INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VEERLAKSHMI, LLC, doing business as )<br>Best Western Glo, )<br>)<br>Defendant. ) | Case No. CIV-23-00895-JD |

## ORDER

Plaintiff Association Casualty Insurance Company filed a Motion to Dismiss and/or Strike Counterclaims or, in the Alternative Motion to Stay ("Motion") [Doc. No. 17] under Federal Rule of Civil Procedure 12(b)(6). Defendant Veerlakshmi, LLC filed an amended answer and amended counterclaim [Doc. No. 20] under Rule 15(a)(1)(B), thereby "supersed[ing] the original and render[ing] it of no legal effect." *Davis v. TXO Prod. Corp.*, 929 F.2d 1515, 1517 (10th Cir. 1991). *See also Predator Int'l, Inc. v. Gamo Outdoor USA, Inc.*, 793 F.3d 1177, 1180–81 (10th Cir. 2015); *Mink v. Suthers*, 482 F.3d 1244, 1254 (10th Cir. 2007).

Plaintiff's Motion to Dismiss and/or Strike Counterclaims or, in the Alternative Motion to Stay [Doc. No. 17] is therefore DENIED AS MOOT.

IT IS SO ORDERED this 1st day of December 2023.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE